AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _MASSACHUSETTS_

**APPEARANCE**

Case Number: _MJ04-M-273JLA_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _LAURENTINO LAUREANO_

I certify that I am admitted to practice in this court.

_11-18-04_
Date

_[Signature]_
Signature

_MARTIN K. LEPPO_      _284480_
Print Name                Bar Number

_7 CHRISTY'S DR_
Address

_BROCKTON_          _MA_
City                State          Zip Code

_508-580-3753_        _508-580-4541_
Phone Number          Fax Number