# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

Laurentino Jorge Laureano
Defendant

Case MJ04-M-273JLA

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __________, and there has been deposited in the Registry of the Court the sum of
$ 100,000.00 ($5,000.00 Security) in cash or property at 25 Summer Ave (describe other security.)

The conditions of this bond are that the defendant Laurentino Jorge Laureano (Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 11/23/04 (Date) at Courtroom #24, 7th Floor, Boston, MA 02210 (Place)

Defendant [signature] Address 25 Summer ave Stoughton Ma 02072

Surety Maria F Laureano Address 25 Summer Ave Stoughton Ma 02072

Surety __________ Address __________

Signed and acknowledged before me 11-22-04 (Date)

[signature]
Judge/Clerk

Approved [signature]

# JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at ______________________________

______________________________ ; and that my net worth is the sum of

______________________________ dollars ($ __________ ).

I further state that

______________________________
Surety

Sworn to before me and subscribed in my presence ______________________________
Date

at ______________________________ .
Place

______________________________ ______________________________
Name and Title Signature of Judge/Clerk

---

I, the undersigned surety, state that I reside ______________________________

______________________________ ; and that my net worth is the sum of

______________________________ dollars ($ __________ ).

I further state that

______________________________
Surety

Sworn to before me and subscribed in my presence ______________________________
Date

at ______________________________ .
Place

______________________________ ______________________________
Name and Title Signature of Judge/Clerk

Justification Approved: ______________________________
Judge

Mon Nov 22 15:20:16 2004

UNITED STATES DISTRICT COURT

BOSTON , MA

Receipt No. 321 60303
Cashier qarri

Tender Type CASH

Transaction Type C

Case No./Def No. 1:04-MG-0273 / 1

| DO Code | Div No | Acct |
|---|---|---|
| 4638 | 1 | 604700 |

Amount $ 5000.00

BAIL 04MG0273(1) LAURENTINO LAUREANO CASH PAID BY

ILISA JOY ZAMCHECK 25 JEFFERSON AVE. SHARON, MA 02067

LEPPO & LEPPO
ATTORNEYS AT LAW

MARTIN K. LEPPO

SEVEN CHRISTY'S DRIVE
SUITE 1
BROCKTON, MASSACHUSETTS 02301
(508) 580-3733
FAX (508) 580-4841

CARL R. LEPPO

November 26, 2004

Clerk, U.S. District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Laurentino Jorge Laureano
No. MJ04-M-273 JLA

Dear Sir or Madam:

Please find the enclosed documents for filing and docketing relative to posting real property as security for the above referenced defendant's appearance bond.

Should you have any questions or concerns please do not hesitate to contact me.

Very truly yours,

Martin K. Leppo

MKL/kml

enclosure

R E C E I P T
Printed:11-26-2004 @ 11:06:51
Norfolk Registry of Deeds
William P O'Donnell
Register

Trans#: 340429 Oper:SDOHERTY

=====================================
Book: 21814 Page: 424 Inst#: 194525
Ctl#: 363 Rec:11-26-2004 @ 11:06:51a
STOU 25 SUMMER AVENUE

| DOC DESCRIPTION | TRANS AMT |
|---|---|
| MORTGAGE | |
| 20.00 rec fee | 20.00 |
| 20.00 Surcharge | 20.00 |
| 5.00 Tech.Surcharge | 5.00 |
| State Fee $130.00 | 130.00 |
| Postage/Handling Fee | .50 |
| Total fees: | 175.50 |
| *** Total charges: | 175.50 |
| CASH PMT PAYMENT -CASH | 180.00 |
| Overpayment amount: | 4.50 |
| REF CASH REFUND -CASH | 4.50 |

2004 NOV 29 P 1:32
U.S. DISTRICT COURT
DISTRICT OF MASS.

RECORDED
COUNTY
04 NOV 26 AM 11:09

**MORTGAGE**

THIS MORTGAGE is made this 23rd day of November, 2004, between Maria F. Laureano, presently residing at 25 Summmer Avenue, Stoughton, MA (herein "Mortgagor(s)"), and the Clerk of the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts (herein "Mortgagee").

WITNESSETH, for consideration paid and to secure a personal bond of even date for Laurentino Laureano (herein "Defendant"), in Criminal No. MJ-04-M-273-JLA, before the United States District Court for the District of Massachusetts (herein "Court"), in the amount of ONE HUNDRED THOUSAND ($100,000.00) Dollars executed by the Defendant and the Mortgagor(s) in favor of the United States of America, and to secure due observance and performance of the obligation, terms, and conditions as set forth in an Order Setting Conditions of Release dated November 22nd, 2004, and filed with the Court, and to further secure the performance of all other covenants and agreements of or by the Defendant and Mortgagor(s) herein for the benefit of the Mortgagee, which may now exist or may hereafter exist or accrue while this Mortgage is still undischarged of record, and in furtherance of and pursuant to an escrow agreement made this day between the Mortgagor(s), the United States Attorney for the District of Massachusetts and the Mortgagee, the Mortgagor(s) hereby mortgage, with power of sale, the following parcel of real property, with the following covenants thereon, situate, lying and being in the County of Norfolk, Commonwealth of Massachusetts, and more particularly described in the following deed:

> A deed from Joeseph D. Green and Doris T. Green to Manuel J. Laureano and Maria F. Laureano dated June 21, 1967, 20___, and recorded in the Norfolk County Registry of Deeds at Book 4436, Page 513;

TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, rents royalties, mineral, oil and gas rights and profits, water, water rights, and water stock, and all fixtures now or hereafter attached to the property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the property covered by this Mortgage; and all of the foregoing, together with said property are hereinafter referred to as the "Property."

04 NOV 26 AM 11:09
NORFOLK COUNTY

THE MORTGAGOR(S) covenant with the Mortgagee as follows:

1. That the Mortgagor(s) shall pay the indebtedness as hereinbefore provided.

2. That the Mortgagor(s) will keep the Property insured against loss by fire or hazards included within the term "extended coverage" for the benefit of the Mortgagee; that the Mortgagor(s) will assign and deliver the policies to the Mortgagee; and that the Mortgagor(s) will reimburse the Mortgagee for any premiums paid or insurance made by the Mortgagee on the Mortgagor(s)'s default in so insuring the Property or in so assigning and delivering the policies. However, the Mortgagee shall never be required to maintain insurance of any type or description on the Property.

3. That the Mortgagor(s) shall keep the Property in good repair and shall not commit waste or permit impairment or deterioration of the Property, and no building on the Property shall be removed or demolished without the consent of the Mortgagee.

4. That the Mortgagor(s) will pay all taxes, assessments or water rates, and in default thereof, the Mortgagee may, but is not required to, pay the same. In the event that the Mortgagee elects not to pay the same, the Mortgagee is not required to so notify the Mortgagor(s).

5. That the proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation or other taking of the Property, or part thereof, or for conveyance in lieu of condemnation, said proceeds not to exceed the dollar amount of the personal bond secured by this Mortgage, shall be delivered to the Mortgagee, who shall hold such proceeds in a non-interest bearing escrow account until either (A) the personal bond has been discharged by the Court, whereupon, and only upon an order of the Court, the Mortgagee shall deliver said proceeds to the Mortgagor(s), or (2) the Defendant fails to observe the Order Setting Conditions of Release and is defaulted by a judicial officer of the Court, whereupon the proceeds shall be disbursed for the benefit of the United States of America in accordance with, and only upon, an order of the Court.

6. That notice and demand or request may be made in writing and may be served in person or by mail.

7. That the Mortgagor(s) will warrant and defend the title to the Property against all claims and demands.

8. That the Mortgagor(s) will create no further encumbrances of any kind against the Property.

9. That the Mortgagor(s), in case a sale shall be made under the power of sale, will, upon request, execute, acknowledge and deliver to the purchaser or purchasers a deed or deeds of release confirming such sale, and that the Mortgagee is appointed and

constituted the attorney irrevocable of the Mortgagor(s) to execute and deliver to said purchaser a full transfer of all policies of insurance on the Property at the time of such sale.

10. That the holder of this Mortgage, in any action to foreclose it, shall be entitled to the appointment of a receiver.

11. Notwithstanding any other agreement between the Mortgagor(s) and Mortgagee, or any provision of law, the Mortgagee shall not be required to discharge this Mortgage except upon order of the Court. It shall be the obligation of the Mortgagor(s) to furnish the Mortgagee with a certified copy of said order.

IN WITNESS WHEREOF, this Mortgage has been duly executed by the Mortgagor(s).

Maria F Laureano

COMMONWEALTH OF MASSACHUSETTS

~~SUFFOLK~~ PLYMOUTH, SS

On November 23, 2004

Then personally appeared Maria F. Laureano and acknowledged the foregoing to be her free act and deed before me.

Kimberly M. Lincoln
NOTARY PUBLIC

My Commission Expires: KIMBERLY M. LINCOLN Notary Public Commonwealth of Massachusetts My Commission Expires February 25, 2005

(MORTGAGE FORM.wpd - 05/2001)

# Exhibit A

The land with the buildings thereon, situated in said Stoughton, Norfolk County, Massachusetts with the buildings thereon, on the westerly side of Summer Street Avenue, beginning at land one Fay; and thence:

| | |
|---|---|
| NORTHWESTERLY: | by said Fay land, there measuring one hundred five and 15/100 (105.15) feet to land formerly Monahan; thence |
| SOUTHWESTERLY: | by said Monahan land, eighty-two and 22/100 (82.22) feet to land formerly of one Kraanoevich; thence |
| SOUTHEASTERLY: | by land of said Kraanoevich about one hundred five and 5/10 (105.5) feet to said Summer Street Avenue; thence |
| NORTHEASTERLY: | by said Summer Street Avenue about eighty-two and 50/100 (82.50) feet to the point of beginning. |

For title reference see deed recorded with said Norfolk County Registry of Deeds, Book 4436, Page 513.

**QUITCLAIM DEED**

I, Maria F. Laureano, tenant by the entirety, of 25 Summer Avenue, Stoughton Massachusetts 02072, for consideration paid and to secure a personal bond of even date for Laurentino Laureano in Criminal No. MJ-04-M-273-JLA, before the United States District Court for the District of Masachusetts, grant to the United States of America,

With Quitclaim Covenants,

the land with the buildings thereon, situated in said Stoughton, Norfolk County, Massachusetts with the buildings thereon, on the westerly side of Summer Street Avenue, beginning at land one Fay; and thence:

NORTHWESTERLY: by said Fay land, there measuring one hundred five and 15/100 (105.15) feet to land formerly Monahan; thence

SOUTHWESTERLY: by said Monahan land, eighty-two and 22/100 (82.22) feet to land formerly of one Kraanoevich; thence

SOUTHEASTERLY: by land of said Kraanoevich about one hundred five and 5/10 (105.5) feet to said Summer Street Avenue; thence

NORTHEASTERLY: by said Summer Street Avenue about eighty-two and 50/100 (82.50) feet to the point of beginning.

For title reference see deed recorded with said Norfolk County Registry of Deeds, Book 4436, Page 513.

**Witness** my hand and seal this 23rd day of November, 2004.

Maria F Laureano
Maria F. Laureano

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS. November 23, 2004

On this 23rd day of November, 2004, before me, the undersigned notary public, personally appeared Maria F. Laureano, proved to me through satisfactory evidence of identification, which is a drivers license, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that she signed it voluntarily for its stated purpose.

Kimberly M Lincoln
Notary Public
My Commission

KIMBERLY M. LINCOLN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 25, 2005

**ESCROW AGREEMENT**

ESCROW AGREEMENT entered into this 23rd day of November, 2004, among Maria F. Laureano (herein "Surety"), Michael J. Sullivan, in his official capacity as United States Attorney for the District of Massachusetts (herein "United States Attorney"), and Tony Anastas, in his official capacity as Clerk of the United States District Court for the District of Massachusetts (herein "Escrow Agent").

WHEREAS the Surety is desirous of effecting the release of Laurentino Laureano (herein "Defendant") in Criminal No. MJ-04-M 273-JLA, on the terms and conditions of bail set forth in an Order Setting Conditions of Release (herein "Bail Order") dated November 22, 2004, and entered by the Honorable Joyce London Alexander, United States District Judge/Magistrate Judge, and has agreed to execute a personal bond in the amount of ONE HUNDRED THOUSAND ($ 100,000.00 ) Dollars (herein "Personal Bond") to secure the Defendant's compliance with the terms and conditions of the Bail Order.

NOW THEREFORE, in consideration of the mutual covenants and agreements contained herein, the parties hereto agree as follows:

1. The Surety shall execute a quitclaim deed to the parcel of real property located at 25 Summer Avenue, Stoughton, MA in favor of the United States of America, and deliver said deed to the Escrow Agent to be held in escrow pursuant to the terms of this Agreement.

2. The Surety further agrees to execute any additional documents and take any action necessary to effectuate the transfer of said parcel of real property and facilitate the sale of such property in the event that the Defendant is in default of the terms and conditions of the Bail Order or Personal Bond.

3. The Escrow Agent shall hold the quitclaim deed in escrow under the following terms and conditions:

A. In the event that the Defendant fails to appear as required at all proceedings in Criminal No. MJ-04-M-273-JLA or otherwise violates any condition of bail, and Defendant is declared to be in default by a judicial officer of the United States District Court for the District of Massachusetts, then, upon order of the Court, and in lieu of or in addition to foreclosure proceedings on any mortgage granted by the Surety, the Escrow Agent shall tender the quitclaim deed to the United States Attorney, and he shall cause the same to be immediately recorded without notice to the Surety. Any requirement that foreclosure proceedings be commenced upon any mortgage granted by the Surety in connection with Criminal No. MJ-04-M-273-JLA is expressly waived by the Surety.

B. This Agreement shall terminate upon the final disposition of Criminal No. MJ-04-M-273-JLA and written discharge of the bond provided to the Surety by the United States of America. Upon such termination, and upon order of the Court, the Escrow Agent shall deliver the quitclaim deed to the Surety.

5. The validity and construction of this Agreement shall be governed by the law of the Commonwealth of Massachusetts.

6. This Escrow Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors, assigns and personal representatives.

IN WITNESS WHEREOF, the parties here have caused this Agreement to be executed as of the date first written above.

ESCROW AGENT:

TONY ANASTAS, CLERK OF COURT

By: [signature]
Deputy Clerk

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

By: [signature]
Asst. U.S. Attorney

SURETY:

Maria F Laureano [signature]

COMMONWEALTH OF MASSACHUSETTS

~~SUFFOLK~~ PLYMOUTH, SS

November 23, 2004

Then personally appeared Maria F. Laureano and acknowledged the foregoing to be her free act and deed before me.

[signature]
NOTARY PUBLIC

My Commission Expires:

KIMBERLY M. LINCOLN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 25, 2005

SEL SERVICES INC.
107 STOUGHTON STREET
STOUGHTON, MA. 02072
PHONE: 1-781-344-7213

# TITLE REPORT

Estate 25 Summer Avenue Stoughton

Description Sh. No. 2 Plan Sh. No.

Title is good in Manuel J Laureano
Maria F Laureano

**ENCUMBRANCES**

| | | |
|---|---|---|
| 1. Mortgage | Sheet | none |
| Mortgage | " | |
| Mortgage | " | |
| Mortgage | " | |
| 2. Restrictions, conditions | " | none |
| 3. Easements | " | |
| 4. Attachments | " | |
| 5. Liens | " | |
| 6. Bankruptcy | " | Registry Records Unreliable |
| 7. Assessments | " | |
| 8. Tax Titles | " | |

Remarks:
M792 Sh#4
homestead Sh#5 (MARIA Laureano)

[signature] Examiner

Examination begins 6.23.67
Examination ends 11.22.04 2002 Sh. No. 1

I assume no liability for mistakes, omissions or errors in the records of the Registry of Deeds or Registry of Probate.

WITNESS my hand and seal this 21st day of June 19 67

James H. Donovan Rita J. O'Reilly

The Commonwealth of Massachusetts

Norfolk, ss. June 21, 19 67

Then personally appeared the above-named Rita J. O'Reilly

and acknowledged the foregoing instrument to be her free act and deed, before me.

James H. Donovan
Notary Public

My commission expires 19

JAMES H. DONOVAN NOTARY PUBLIC MY COMMISSION EXPIRES FEB. 27, 1971

Recorded June 23,1967 at 10h.30m.A.M.

For my Title see deed recorded in Book 4436 page 513

We, Joseph D. Green and Doris T. Green, husband and wife, both

of Stoughton, Norfolk County, Massachusetts

for consideration paid, grant to Manuel J. Laureano and Maria F. Laureano, husband and wife, as tenants by the entirety

of said Stoughton

with quitclaim covenants

The land, with the buildings thereon, situated in said Stoughton, Norfolk County, Massachusetts, on the Westerly side of Summer Street Avenue, beginning at land one Fay; and thence

NORTHWESTERLY by said Fay land, one hundred five and 15/100 (105.15) feet to land formerly of Monahan; thence

SOUTHWESTERLY by said Monahan land, eighty-two and 22/100 (82.22) feet to land formerly of one Kraancevich; thence

SOUTHEASTERLY by land of said Krancevich about one hundred five and 5/10 (105.5) feet to said Summer Stteet Avenue; thence

NORTHEASTERL by said Summer Street Avenue about eighty-two and 50/100 (82.50) feet to the point of beginning.

Be the same more or less or however otherwise bounded and described.

Reference for title is made to a deed of Joseph D. Green dated April 5, 1961, recorded with Norfolk Deeds, Book 3887, Page 89.

CERTIF. REL. 5566 P.80

2

4436

514

Said premises are conveyed subject to taxes assessed as of January 1, 1967.

DOCUMENTARY DOCUMENTARY DOCUMENTARY DOCUMENTARY DOCUMENTARY

UNITED STATES INTERNAL REVENUE 10 — UNITED STATES INTERNAL REVENUE 3 — UNITED STATES INTERNAL REVENUE 1

COMMONWEALTH OF MASSACHUSETTS CANCELLED EXCISE NORFOLK JUN 23 1967 1475

WE, THE GRANTORS,

release to said grantee all rights of tenancy by the curtesy dower and homestead and other interests therein.

Witness our hands and seals this 21st day of June 1967

James H. Donovan to both

Joseph D. Green

Doris T. Green

The Commonwealth of Massachusetts

Norfolk, ss. June 21 1967

Then personally appeared the above named Joseph D. Green and Doris T. Green

and acknowledged the foregoing instrument to be their free act and deed, before me

James H. Donovan

Notary Public

My commission expires 19

JAMES H. DONOVAN NOTARY PUBLIC COMMONWEALTH OF MASSACHUSETTS MY COMMISSION EXPIRES FEB. 27, 1970

Recorded June 23,1967 at 10h.30m.A.M.

5566

80

FORM M-792

THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORPORATIONS AND TAXATION
ESTATE TAX BUREAU, P.O. BOX 7023, BOSTON, MA 02204

# CERTIFICATE RELEASING MASSACHUSETTS ESTATE TAX LIEN

(FILE IN TRIPLICATE WITH COPY OF RECORDED DEED.)

TO

NAME OF APPLICANT: Maria F. Laureano
ADDRESS (NO. STREET): 25 Summer Avenue
CITY OR TOWN, STATE AND ZIP CODE: Stoughton, MA 02072

| DECEDENT'S FIRST NAME | MIDDLE INITIAL | LAST NAME |
|---|---|---|
| Manuel | J | Laureano |

PROBATE COURT: None
DOCKET NO.: None
DATE OF DEATH: April 16, 1976
RESIDENCE (DOMICILE) AT TIME OF DEATH: 25 Summer Avenue, Stoughton, MA

This Certificate releases the lien of the Commonwealth of Massachusetts imposed by Chapter 65C of the General Laws, on the property described below (Full legal description):

The land, with the buildings thereon, situated in said Stoughton, Norfolk County, Massachusetts, on the Westerly side of Summer Street Avenue, beginning at land one Fay; and thence

NORTHWESTERLY by said Fay land, one hundred five and 15/100 (105.15) feet to land formerly of Monahan; thence

SOUTHWESTERLY by said Monahan land, eighty-two and 22/100 (82.22) feet to land formerly of one Krancevich; thence

SOUTHEASTERLY by land of said Krancevich about one hundred five and 5/10 (105.5) feet to said Summer Street Avenue; thence

NORTHEASTERLY by said Summer Street Avenue about eighty-two and 50/100 (82.50) feet to the point of beginning.

Location of property 25 Summer Avenue, Stoughton, MA 02072
NUMBER STREET CITY OR TOWN ZIP CODE

☒ As described by Deed dated June 21, 1967 and recorded in Norfolk Registry (REGISTRY OF DEEDS) Book No. 4436 Page No. 513, XX

☐ As described by certificate of Title No. ______ recorded in Registered Land Section for ______ County

FOR DEPARTMENTAL USE ONLY
EXAMINER: N. Kilhaney
NUMBER: A16358
DATE: 11-7-78

Rev 8-1976 11-28-78

COMMISSIONER OF CORPORATIONS AND TAXATION

By Richard O. Asadoorian

Chief, Estate Tax Bureau

Recorded Jan. 23, 1979 at 9h. A. M.

(4)

RECEIVED AND RECORDED
NORFOLK COUNTY
REGISTRY OF DEEDS
DEDHAM, MA
CERTIFY
William P O'Donnell
WILLIAM P. O'DONNELL, REGISTER

Bk 20853 Pg 128 #70124
04-16-2004 @ 09:36a

# DECLARATION OF HOMESTEAD ELDERLY OR DISABLED PERSON

I/We, Maria F Laureano

owning and occupying as my principal residence the real estate at

25 Sumner Avenue

in Stoughton, Massachusetts, acquired by me by

[ ✓ ] Deed Recorded in BOOK 4436 PAGE 513 of the NORFOLK REGISTRY OF DEEDS

[ ] Certificate of Title #__________ in NORFOLK REGISTRY DISTRICT OF THE LAND COURT

[ ] Inheritance from ____________________

____________ Probate Court # __________

hereby declare an elderly homestead in said premises under the provisions of Chapter 188, Section 1A, of the General Laws of Massachusetts.

Executed as sealed instrument this 7 day of April 2004

X Maria F Laureano
Signature(s)

*COMMONWEALTH OF MASSACHUSETTS*

Norfolk, ss 4.7.04

*Then personally appeared the above-named* Maria F Laureano

*known to me to be the person described in and who executed the foregoing instrument and acknowledged the same to be* her *free act and deed, before me,*

ILISA JOY ZAMCHECK
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 16, 2005

Ilisa Joy Zamcheck
*Notary Public*

*My Commission Expires:* 12/16/05

Norfolk County Registry of Deeds, 649 High St., Dedham, MA 02026 ~ William P. O'Donnell, Register
Tel: 781-461-6122 or www.norfolkdeeds.org

(5)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK’S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk’s Office.