UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      1:04-MJ-0273-JLA

LAURENTINO JORGE LAUREANO,

    Defendant.

## ORDER

The sum of $5,000.00 was deposited into the Registry of this Court on November 22, 2004, by Ilisa Zamchek, the Surety herein, to secure his appearance before the Court to answer to charges pending against him in the U.S. District Court in the Western District of Texas. It is, therefore, now

ORDERED, that the Clerk of the Court is hereby directed to issue a treasury check payable to Clerk, U.S. District Court for the Western District of Texas in the amount of $5,000.00 representing the transfer of said bail deposit.

Dated: January 18, 2006

                                                        Hon. Joyce London Alexander
                                                        United States Magistrate Judge