IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 04-CR-1911-DB |
| V. | ) |
| | ) |
| LAURENCIO JORGE LAUREANO | ) |
| | ) |

FILED
CLERKS OFFICE
2006 APR -6  P 12: 38
U.S. DISTRICT COURT
DISTRICT OF MASS

## MOTION FOR DISCHARGE OF MORTGAGE

Now comes the defendant, Laurencio J. Laureano, in the above-entitled matter and moves that mortgage on property located at 25 Summer Avenue, Stoughton, Massachusetts in the County of Norfolk, Massachusetts, recorded in the Norfolk Registry of Deeds at book 21814 and page 424 be hereby discharged.

In reason therefore, the defendant says that after a trial in the United States District Court in El Paso, Texas, he was convicted and sentenced to serve 64 months. He is presently incarcerated in FMC Devens (see attached Detainer letter).

Respectfully submitted,
By his attorney,

Joseph J. Balliro
99 Summer Street
Suite 1800
Boston, MA  02110
(617) 737-8442
B.B.O. No. 028000

BP-S394.058 **DETAINER ACTION LETTER** CDFRM    G   JIM cops
MAR 03
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| To<br>INS<br>JFK Fed Bldg Room 1725<br>Boston, MA 02203 | Institution<br>FMC Devens<br>P.O. Box 880<br>Ayer, MA 01432 | |
|---|---|---|
| | Date 03-06-2006 | |
| Case/Dkt#<br>A17461948 | Inmate's Name<br>Laureano, Laurentino | Fed Reg No:<br>59864-180 | DOB/SEX/RACE<br>02-04-61/M/WH |
| Aliases | | Other No.<br>SSN#013546176 | |

The below checked paragraph relates to the above named inmate:

☒ This office is in receipt of the following report: Inmate was born in Portugal and is incarcerated here for Consp to Poss with intent to Dist a quantity of Marijuana-100 Kilograms. His projected Release date is 09-23-2010. Please check and advise. He is serving a sentence of 66 Months /4 yrs SRT. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer. If you have no further interest in the subject, please forward a letter indicating so.

☐ A detainer has been filed against this subject in your favor charging _____. Release is tentatively scheduled for _____, however, we will notify you approximately 90 days prior to actual release. To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov.

☐ Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

☐ Your detainer warrant has been removed on the basis of the attached _____. Notify this office immediately if you do not concur with this action.

☐ Your letter dated _____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is _____.

☐ I am returning your _____ on the above named inmate who was committed to this institution on _____ to serve _____ for the offense of _____. If you wish your _____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

☐ Other:

Sincerely

Lisa Arpano, LIE    for the
Stephen Gagnon
Inmate Systems Manager

Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section 1); Copy - Correctional Services Department