# DISCHARGE OF MORTGAGE

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Maria F. Laureano to the Clerk of the United States District Court for the District of Massachusetts, for property located 25 Summer Avenue, Stoughton, Massachusetts, dated November 26, 2004 and recorded in the official records of the Norfolk county Registry of Deeds at book 21814, and page 424 acknowledge satisfaction of the same.

Witness my hand and seal this 8 day of May, 2006

Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts

## COMMONWEALTH OF MASSACHUSETTS

Norfolk, SS.

Date: May 8, 2006

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

Notary Public
My commission expires:



DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012